**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sary Seang                          CHAPTER 13

                   Debtor(s)

                                          BKY. NO. 25-11195 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                         Respectfully submitted,

                                         /s/ *Denise Carlon*
                                           Denise Carlon
                                           11 Apr 2025, 15:53:45, EDT

                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322