Bradly E. Allen
Attorney at Law
I.D. No.: 35053
7711 Castor Avenue
Philadelphia, PA 19152
T: (215) 725-4242
F: (215) 724-8288
bealaw@verizon.net

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sary Seang        : CHAPTER 13
    Debtor

              : CASE NO: 25-11195-amc

**CERTIFICATE OF SERVICE**

  I, Bradly E. Allen, Attorney for Debtor, do hereby certify that on May 20, 2025 I served either electronically or by regular, First Class Mail, a copy of Certificate of Debtor Education to the following:

Sary Seang
5417 North Front Street
Philadelphia, PA 19120

Scott F. Waterman, Chapter 13 Trustee
Electronically

United States Trustee
Electronically

Dated: May 20, 2025

                By: /s/ Bradly E. Allen
                   Bradly E. Allen, Esquire
                   Attorney for Debtor