# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **Sary Seang** | Case No. | **25-11195** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025 a copy of an Amended Statement of Financial Affairs-No. 4 was served electronically or by regular United States mail to the Trustee and all parties listed below.

Sary Seang
5417 North Front St.
Philadelphia, PA 19120

Electronic mail to:

Scott F. Waterman, Chapter 13 Trustee

U.S. Trustee

/s/ Bradly E. Allen, Esquire

Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242 Fax: 215-725-8288
bealaw@verizon.net